| AFAS<br>ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>LAW OFFICES OF RYAN ALEXANDER<br>3017 W CHARLESTON STE 58<br>LAS VEGAS, NV 89102 | PHONE NUMBER<br>702-868-3311<br><br>REFERENCE NUMBER<br>EP115365 | FOR COURT USE ONLY |
|---|---|---|
| NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY, AND POST OFICE AND STREET ADDRESS<br>UNITED STATES DISTRICT COURT<br>333 Las Vegas Blvd. South<br>Las Vegas, NV 89101 | | |
| SHORT NAME OF CASE<br>KRISTIN M. TRUEMAN v. LAS VEGAS METROPOLITAN POLICE DEPARTMENT, ET AL. | | |
| **AFFIDAVIT OF ATTEMPTS** | DATE/TIME | DEPT/DIV | CASE NUMBER<br>2:15-CV01872-RFB-NJK |

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I received the following documents:
SUMMONS, COMPLAINT, CIVIL COVER SHEET

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:

Name:   JOHN BONAVENTURA

Address(es):   5604 EUGENE AVENUE
LAS VEGAS, NEVADA 89108

Process is being returned without service for the following reason(s):

2015-10-03 11:13:00 Attempted (But unable to serve) NO ANSWER AT THE DOOR; WEEKEND ATTEMPT; THERE WAS A BLUE F150WITH LIC. 195SSD IN THE DIRVEWAY.
2015-10-06 16:46:00 Attempted (But unable to serve) NO ANSWER AT THE DOOR; THERE WAS A WHITE F150 WITH LIC. 799VRZ IN THE DRIVEWAY.
2015-10-08 09:26:00 Attempted (But unable to serve) NO ANSWER AT THE DOOR; THE SAME 2 TRUCKS WERE IN THE DRIVEWAY.
2015-10-09 08:23:00 Attempted (But unable to serve) NO ANSWER AT THE DOOR; SAME 2 TRUCKS IN DRIVEWAY.
2015-10-12 08:58:00 Attempted (But unable to serve) NO ANSWER AT THE DOOR; SAME TRUCKS IN DRIVEWAY.
2015-10-13 19:31:00 Attempted (But unable to serve) NO ANSWER AT THE DOOR; NOTICE LEFT FOR OCCUPANT TO CALL SERVER; THE SAME 2 TRUCKS WERE IN THE DRIVEWAY. THE LIGHTS WERE ON INSIDE THE HOUSE.
2015-10-15 09:16:00 Attempted (But unable to serve) NO ANSWER AT THE DOOR; SAME 2 TRUCKS WERE IN THE DRIVEWAY. THE SERVERS NOTICE IS GONE.
2015-10-15 09:16:00 Unable to serve/return NO ANSWER AT THE DOOR; THE SERVER HAS MADE SEVERAL ATTEMPTS WITH NO RESPONSE.

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this __15__ day of __Oct__, __2015__.

*/s/ signature*

**DOUGLAS DEMOTTA 0830109**

EP115365