# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KRISTIN TRUEMAN, | ) | |
| Plaintiff(s), | ) | Case No. 2:15-cv-01872-RFB-NJK |
| vs. | ) | |
| | ) | ORDER |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | ) | |
| | ) | (Docket No. 38) |
| Defendant(s). | ) | |

Pending before the Court is the parties' second stipulation to extend discovery deadlines. Docket No. 38. Under the Local Rules, a request to extend a deadline submitted 21 days or more in advance of the expiration of the subject deadline must be supported by a showing of good cause for the extension. LR 26-4. Additionally, "[a] request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect." *Id.*

The reasoning in the instant request is nearly identical to the reasoning in the parties' first request. *See* Docket Nos. 22, 38. The Court has already explained that such reasoning does not qualify as good cause. *See* Docket No. 23 at 1 (granting the parties' first request "as a one-time courtesy" despite the parties' failure to show good cause). Moreover, three of the five deadlines at issue have already passed, yet the parties fail to even address the excusable neglect standard.

Further, the Court has already explained that the parties must diligently conduct discovery and that it will scrutinize any extension requests for diligence. Docket No. 23 at 2. Nonetheless, the parties have failed to make any showing of diligence, as it appears that they have engaged in little to no discovery since June. *See* Docket No. 22 at 1-2; Docket No. 38 at 1-2. Instead, the parties appear to mistakenly believe that a pending dispositive motion exempts them from their discovery obligations. As a result, it appears that the parties cannot demonstrate diligence. Nonetheless, the Court gives them the opportunity to do so if they can.

Accordingly, the parties' second stipulation to extend discovery deadlines (Docket No. 38) is hereby **DENIED**. The parties may submit a renewed stipulation, if they so choose, that addresses the applicable standards, no later than November 10, 2016.

IT IS SO ORDERED.

DATED: November 3, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge