**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| KRISTINE TRUEMAN, | Case No. 2:15-cv-01872-RFB-NJK |
| Plaintiff, | **<u>ORDER</u>** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al., | |
| Defendants. | |

Before this Court comes Plaintiff's Motion for Clarification or Reconsideration [ECF No. 53]. For the reasons stated in the motion, it is granted.

Pursuant to Federal Rule of Civil Procedure 60(a), the Court clarifies that the January 4, 2017 Order and the October 10, 2017 Order are hereby modified by this Order. Defendants Louis Toomins and Keith Gordon were dismissed from this action. The federal claims against Defendant Ethan Tseu were also dismissed with prejudice. The state law claims against Tseu, however, were dismissed without prejudice as the Court has declined to exercise supplemental jurisdiction over these state law claims.

**IT IS SO ORDERED.**

DATED: <u>September 19, 2018</u>.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**